```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

CAROLINE P. AYERS-FOUNTAIN,      :
                                 :
          Plaintiff,             :
                                 :
     v.                          :   Civil Action No. 04-349 JJF
                                 :
EASTERN SAVINGS BANK,            :
                                 :
          Defendant.             :

## O R D E R

At Wilmington, this 31 day of March 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED THAT Defendant's Motion To Dismiss (D.I. 6) is **GRANTED**.

March 31, 2005                       _[signature]_
    DATE                         UNITED STATES DISTRICT JUDGE