IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR 14 PM 3:31

CAROLINE P. AYRES -FOUNTAIN )
)
)
Plaintiff, )
)
v. ) C.A. No. 04-349-JJF
)
EASTERN SAVINGS BANK )
)
)
Defendant. )

## MOTION FOR RECONSIDERATION, IN THE ALTERNATIVE, MOTION TO ALTER AND/OR AMEND THE MARCH 31, 2005 ORDER DISMISSING CASE

COMES NOW, Plaintiff Caroline P. Ayres- Fountain, pro se, and moves this Honorable Court to reconsider, in the alternative to alter and/ or amend the March 31, 2005 Order dismissing the above-captioned case. The grounds for this motion are distinctly set forth in Plaintiff's Opening Brief in Support of her Motion for Reconsideration, In the Alternative, to Alter and/ or Amend the Judgment, filed contemporaneously with this motion.

WHEREFORE, Plaintiff respectfully requests that her Motion for Reconsideration, In the Alternative, to Alter and/ or Amend the March 31, 2005 Order be to granted.

Dated: April 14, 2005

_____
Caroline P. Ayres—Fountain, Pro Se
1 Gwynedd Lane
Hockessin, DE a9707

## CERTIFICATE OF SERVICE

I, Caroline P. Ayres-Fountain, do hereby certify that I have caused to be mailed copies of the attached Motion for Reconsideration on April 14, 2005 to the below-mentioned person(s):

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton and Finger
One Rodney Square
P.O. Box 551
Wilmington, De. 19899

Attorneys for Defendant Eastern Savings Bank

Dated: April 14, 2005

_____
Caroline P. Ayres- Fountain
1 Gwynedd Lane
Hockessin, DE 19899

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CAROLINE P. AYRES -FOUNTAIN )
)
)
Plaintiff, )
)
v. ) C.A. No. 04-349-JJF
)
EASTERN SAVINGS BANK )
)
)
Defendant. )

ORDER

AND NOW, TO WIT, this _____ day of _____, A.D., 2005, the foregoing Motion having been heard and considered, it is hereby:

ORDERED_____

_____

_____

_____

_____

_____

_____
Judge