ORIGINAL

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

FILE NUMBER: 04-349-JJF

| | |
|---|---|
| CAROLINE P. AYRES-FOUNTAIN ) <br> ) <br> Plaintiff-Appellant ) <br> ) <br> v. ) <br> ) <br> EASTERN SAVINGS BANK ) <br> ) <br> Defendant-Appellee. ) | NOTICE OF APPEAL |

Notice is hereby given that Caroline Ayres-Fountain, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order, dismissing Plaintiff's case in its entirety on the grounds of res judicata, entered in this action on March 31, 2005. A companion case, Civil Action Number 04-347-JJF, was subsequently remanded by the District Court on March 31, 2005, back to the Superior Court for the State of Delaware. This companion case, Civil Action Number 04-347-JJF, is also being appealed to the United States Court of Appeals for the Third Circuit.

                                                               _____
                                                               Caroline P. Ayres-Fountain
                                                               1 Gwynedd Lane
                                                                Hockessin, Delaware 19707

Dated: April 29, 2005

## CERTIFICATE OF SERVICE

I, Caroline P. Ayres-Fountain, Plaintiff, do hereby certify that I have caused to be mailed copies of the attached Notice of Appeal on April 29, 2005 to the below-mentioned person(s):

Frederick L. Cottrell
Steven J. Fineman
Richards, Layton and Finger, P.A.
P.O. Box 551
Wilmington, De 19899
Attorneys for Defendant Eastern Savings Bank

_____
Caroline P. Ayres-Fountain
1 Gwynedd Lane
Hockessin, Delaware 19707

Dated: April 29, 2005