UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

May 5, 2005

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Ayres-Fountain v. Eastern Savings Bank
Civil Action No 04-349 JJF.
USCA No. 05-2411

Dear Ms. Waldron:

Enclosed please find:

____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. Transcript Purchase Order is filed and record is ready for appeal purposes.

XXXXX The Actual Records are being sent. Documents filed after February 28, 2005 will not be sent. They were electronicly filed. Please find them on ecf.

____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

____ The Actual _____ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

*E L Strickler*
Deputy Clerk

Enclosures                    Sign here _____