APS-277

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-2411

IN RE: CAROLINE P. AYRES-FOUNTAIN

Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 04-cv-349)

Submitted Under Rule 21, Fed. R. App. P.
JUNE 16, 2005

Before: SLOVITER, NYGAARD AND FUENTES, Circuit Judges.

**JUDGMENT**

This cause came on to be heard on a petition for writ of mandamus. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied.

All of the above in accordance with the Opinion of the Court.

A True Copy:

Marcia M. Waldron,
Clerk

ATTEST:

Marcia M. Waldron
Clerk

DATED: June 28, 2005