UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 14, 2005

No.   05-2418

CAROLINE P. AYRES-FOUNTAIN, Appellant

v.

EASTERN SAVINGS BANK, a Maryland Corporation
(Delaware D.C. Civil No. 04-cv-00349)

**Present:**   **RENDELL, AMBRO and FUENTES, <u>Circuit Judges</u>.**

Motion by Appellant Pro Se for a stay of the foreclosure proceedings scheduled for **11/8/05** pending the appeal.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Anthony Infante
　　　　　　　　　　　　　　　　　　　　　　　　　Anthony Infante
　　　　　　　　　　　　　　　　　　　　　　　　　Case Manager      267-299-4916

**Case Calendared for <u>10/14/05</u>.**

**Response to Motion due <u>10/27/05</u>.**

**O R D E R**

**The foregoing** motion is DENIED.

A True Copy:

Marcia M. Waldron, Clerk

**By the Court,**

**/s/ Julio M. Fuentes**
**Circuit Judge**

**Dated:** 27 October 2005