UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-2418

CAROLINE P. AYRES-FOUNTAIN,

Appellant

v.

EASTERN SAVINGS BANK, a Maryland Corporation

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 04-cv-00349)
District Judge: Honorable Joseph J. Farnan, Jr.

Submitted Under Third Circuit LAR 34.1(a)
October 14, 2005

Before:   RENDELL, AMBRO and FUENTES, <u>Circuit</u> <u>Judges</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court

for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a).

On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the district court

entered March 31, 2005, be and the same is hereby VACATED and the matter

REMANDED to the District Court with instructions to dismiss the complaint for lack of

jurisdiction.  Costs taxed against the appellant.  All of the above in accordance with the

opinion of this Court.


ATTEST:


    /s/ Marcia M. Waldron
    Clerk


DATED: 27 October 2005


Certified as a true copy and issued in lieu
of a formal mandate on

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit
A True Copy:

Marcia M. Waldron, Clerk