OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron | 21400 United States Courthouse | Telephone |
| Clerk | 601 Market Street | 267-299-4916 |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

November 18, 2005

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 05-2418
    Ayres-Fountain  vs. E Sav Bank
    D.C. No. 04-cv-00349

FILED
NOV 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We return herewith the certified record in the case.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              /s/ Anthony Infante
                         By:  Anthony W. Infante
                              Case Manager

Enclosure

cc:
    Laura M. Egerman, Esq.
    John R. Weaver Jr., Esq.
    Caroline P. Ayres-Fountain