IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLINE P. AYRES-FOUNTAIN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-349 JJF |
| EASTERN SAVINGS BANK, a Maryland Corporation, | : |
| Defendant. | : |

## FINAL ORDER

WHEREAS, the Court of Appeals for the Third Circuit, by letter dated November 18, 2005, transmitted a Judgment dated October 27, 2005 in this case (D.I. 37);

WHEREAS, the Third Circuit Judgment ordered and adjudged that the Judgment of this Court entered March 21, 2005, was vacated and the matter remanded to this Court with instructions to dismiss the Complaint in this case for lack of jurisdiction with cost taxed against the appellant;

NOW THEREFORE, IT IS HEREBY ORDERED that the Complaint in this case is dismissed with prejudice for lack of jurisdiction. Costs taxed against the plaintiff.

December 2, 2005
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE